UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

------------------------------------------------------------x

SIERRA CLUB, INC. and CONSERVATION
LAW FOUNDATION, INC.,

          Plaintiffs,

    v.                                    Civil Action No.: 1:19-cv-216-JL

GRANITE SHORE POWER LLC; GSP
MERRIMACK LLC; and PUBLIC SERVICE
COMPANY OF NEW HAMPSHIRE d/b/a
EVERSOURCE ENERGY,

          Defendants.

------------------------------------------------------------x

## PLAINTIFFS' ASSENTED-TO MOTION FOR FURTHER CLARIFICATION OF THIS COURT'S ORDER OF SEPTEMBER 23, 2022

Plaintiffs Sierra Club, Inc. and Conservation Law Foundation, Inc., through their undersigned attorneys, move for further clarification of this Court's Order issued September 22, 2022[1] ("Order"), stating in support thereof as follows.

1. In its Order, the Court stated, in pertinent part, that on or before October 10, 2022, the parties shall each file a witness list, exhibit list, and proposed findings of fact and rulings of law.

2. In addition, Local Rule 83.14 requires exhibits to be pre-marked and provided to the clerk "[n]o later than one week before a case is set for trial." One week before trial, here, is also October 10th.

3. October 10th is a holiday and, therefore, the Court will be closed.

---

[1] The Order was dated September 23, 2022.

4. Accordingly, Plaintiffs seek clarification as to whether or not the Court intended the parties to be filing their witness lists, exhibit lists, and proposed findings of fact and rulings of law on October 10th or the following day on October 11th.

5. If the Court intended the filings and exhibits to be provided on October 10th, then Plaintiffs respectfully request a one-day extension to October 11th in order to file their documents and provide the clerk with their exhibits.

6. Counsel for Defendants assents to the relief requested herein.

WHEREFORE, Plaintiffs respectfully request that this Court clarify its September 23, 2022 Order and allow the parties to submit their witness lists, exhibit lists, proposed findings of fact and rulings of law, and their exhibits on October 11, 2022.

Date: October 5, 2022

Respectfully submitted,

/s/ *Meaghan A. Jepsen*
Meaghan A. Jepsen, Bar No. 266707
Bridget M. Denzer, Bar No. 267631
Ransmeier and Spellman P.C.
One Capitol Street
Concord, NH 03302-0600
(603) 228-0477
mjepsen@ranspell.com
bdenzer@ranspell.com
*Attorneys for Plaintiff Sierra Club, Inc. and Conservation Law Foundation, Inc.*

/s/ *Thomas F. Irwin*
Thomas F. Irwin, Bar No. 11302
Conservation Law Foundation
27 North Main Street
Concord, NH 03301
(603) 573-9139
tirwin@clf.org
*Attorney for Plaintiff Conservation Law Foundation, Inc.*

/s/ *Reed W. Super*

Reed W. Super
(admitted pro hac vice)
Edan Rotenberg
(admitted pro hac vice)
Julia Muench
(admitted pro hac vice)
SUPER LAW GROUP, LLC
110 Wall Street, 3rd Floor
New York, NY 10005
212-242-2355, ext. 1
855-242-7956 (fax)
reed@superlawgroup.com
edan@superlawgroup.com
*Attorneys for Plaintiffs*
*Sierra Club, Inc. and*
*Conservation Law Foundation, Inc.*

## RULE 7.1(C) CERTIFICATION

Counsel for Plainitffs made a good faith attempt to obtain concurrence in the relief sought and counsel for Defendants stated their assent.

## CERTIFICATE OF SERVICE

I, Meaghan A. Jepsen, have forwarded the foregoing motion to all parties in this action that have filed appearances and requests for notices, via ECF.

Date: October 5, 2022                     /s/ Meaghan A. Jepsen
                                          Meaghan A. Jepsen

13283 001/4866-6050-0278, v. 1

3