```
          UNITED STATES DISTRICT COURT
            DISTRICT OF NEW HAMPSHIRE
```

Sierra Club, Inc., et al.

    v.

                                     Case No. 19-cv-216-JL

Granite Shore Power LLC et al.

## JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Stipulation of Dismissal as to Public Service of New Hampshire dated February 18, 2020;

2. Order by District Judge Joseph N. Laplante dated December 30, 2021;

3. Endorsed Order by District Judge Joseph N. Laplante dated September 29, 2023; and

4. Order and Verdict After Bench Trial by District Judge Joseph N. Laplante dated December 6, 2023.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                                 By the Court:

                                               /s/ Daniel J. Lynch
                                               Daniel J. Lynch
                                               Clerk of Court

Date: December 6, 2023

cc:   Counsel of Record