**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| SIERRA CLUB, INC. and<br>CONSERVATION LAW<br>FOUNDATION, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>GRANITE SHORE POWER LLC;<br>GSP MERRIMACK LLC; and PUBLIC<br>SERVICE COMPANY OF NEW<br>HAMPSHIRE d/b/a EVERSOURCE<br>ENERGY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:19-cv-00216-JL<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION
FOR ATTORNEY'S FEES ON COUNTS 4 AND 5**

_____

Defendants Granite Shore Power LLC and GSP Merrimack LLC (collectively,

"Defendants" or "GSP"), by and through their attorneys, McLane Middleton, Professional

Association, and Balch & Bingham, LLP, hereby withdraw their December 20, 2013 Motion for

a partial award of attorney's fees pursuant to Fed. R. Civ. P. 54(d) and 33 U.S.C. § 1365(d) on

Counts 4 and 5 of Plaintiffs' Complaint, Docket No.163.

The Defendants have reached an agreement with the Plaintiffs under which the Plaintiffs

have moved to withdraw their appeal in the United States Court of Appeals for the First Circuit

of the Court's December 6, 2023 Order and Verdict After Bench Trial (Docket No. 160), and the

Court's Judgment of December 6, 2023 (Docket No. 161).  As part of that agreement, Defendants agreed to withdraw their Motion for a Partial Award of Attorneys' Fees.

By Order dated April 16, 2024, the First Circuit has issued a Judgment ordering that the appeal be voluntarily dismissed.  Accordingly, the Defendants are hereby withdrawing their motion, Docket No. 163.

Counsel for the Plaintiffs assents to this withdrawal.

Respectfully submitted,

GRANITE SHORE POWER LLC, GSP MERRIMACK LLC, and PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE d/b/a EVERSOURCE ENERGY

By their attorneys,

McLANE MIDDLETON, PROFESSIONAL ASSOCIATION

Date:  April 16, 2024

By:/s/ Wilbur A. Glahn, III
    Wilbur A. Glahn, III, NH Bar No. 937
    bill.glahn@mclane.com
    Jennifer L. Parent, NH Bar No. 11342
    jennifer.parent@mclane.com
    Amanda Quinlan, NH Bar No. 269033
    amanda.quinlan@mclane.com
    900 Elm Street, P.O. Box 326
    Manchester, New Hampshire 03105
    Telephone (603) 625-6464

    P. Stephen Gidiere III (admitted *pro hac vice*)
    sgidiere@balch.com
    Thomas G. DeLawrence (admitted *pro hac vice*)
    tdelawrence@balch.com
    Balch & Bingham LLP
    1901 6th Avenue North, Suite 1500
    Birmingham, Alabama 35203
    Telephone (205) 251-8100

23642851.v1

3

**Certificate of Rule 7.1 Compliance**

I certify that I have received the consent of counsel for the Plaintiffs to this withdrawal.


<u>/s/ Wilbur A. Glahn, III</u>
Wilbur A. Glahn, III


**Certificate of Service**

I hereby certify that on April 16, 2024, I served the foregoing Notice of Withdrawal of Defendants' Motion for Attorney's Fees on Counts 4 and 5 electronically through ECF upon all counsel of record.


<u>/s/ Wilbur A. Glahn, III</u>
Wilbur A. Glahn, III

23642851.v1