# United States Court of Appeals
## For the First Circuit

_____

No. 24-1041

SIERRA CLUB, INC.; CONSERVATION LAW FOUNDATION, INC.,

Plaintiffs - Appellants,

v.

GRANITE SHORE POWER LLC; GSP MERRIMACK LLC,

Defendants - Appellees,

PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE, d/b/a Eversource Energy,

Defendant.

_____

### JUDGMENT

Entered: April 16, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellants' unopposed motion, it is hereby ordered that this case be voluntarily dismissed with each party to bear its own costs.


By the Court:

Maria R. Hamilton, Clerk


cc:
Reed W. Super
Zachary M. Fabish
Thomas F. Irwin
Wilbur A. Glahn III
Jennifer Lee Parent
Philip Stephen Gidiere III
Amanda Ellen Quinlan