# United States Court of Appeals
## For the First Circuit

No. 24-1041

SIERRA CLUB, INC.; CONSERVATION LAW FOUNDATION, INC.,

Plaintiffs - Appellants,

v.

GRANITE SHORE POWER LLC; GSP MERRIMACK LLC,

Defendants - Appellees,

PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE, d/b/a Eversource Energy,

Defendant.

**MANDATE**

Entered: May 8, 2024

In accordance with the judgment of April 16, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Zachary M. Fabish
Philip Stephen Gidiere III
Wilbur A. Glahn III
Thomas F. Irwin
Jennifer Lee Parent
Amanda Ellen Quinlan
Reed W. Super